Youssef H. Hammoud, CA Bar No. 321934
Email: yh@lawhammoud.com
**HAMMOUD LAW, P.C**
3744 East Chapman Avenue, #F12269
Orange, California 92859
Telephone: (949) 301-9692
Facsimile: (949) 301-9693
*Attorney for Plaintiff*
*Michael Evans*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| MICHAEL EVANS, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: 8:23-cv-00545-CJC-KES <br><br> NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that Plaintiff Michael Evans and Defendant Experian Information Solutions, Inc. have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the parties ask that the Cout vacate all deadlines in this

matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: April 3, 2024

*/s/ Youssef Hammoud*
Youssef Hammoud, CA #321934
E: yh@lawhammoud.com
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
*Attorney for Plaintiff*
*Michael Evans*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*