Youssef H. Hammoud, CA Bar No. 321934
Email: yh@lawhammoud.com
**HAMMOUD LAW, P.C**
3744 East Chapman Avenue, #F12269
Orange, California 92859
Telephone: (949) 301-9692
Facsimile: (949) 301-9693
*Attorney for Plaintiff*
*Michael Evans*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| MICHAEL EVANS, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: 8:23-cv-00545-CJC-KES <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Michael Evans and Defendant Experian Information Solutions, Inc. by and through undersigned counsel hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. There are no remaining defendants in this matter.

Dated: April 26, 2024

*/s/ Youssef Hammoud*
Youssef Hammoud, CA #321934
E: yh@lawhammoud.com
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
*Attorney for Plaintiff*
*Michael Evans*

*/s/Launa De Mello*
Luana De Mello (State Bar No. 346802)
ldemello@jonesday.com
John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## ATTESTATION OF SIGNATURE

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I, Youssef Hammoud, hereby attests that concurrence in the filing of this document and its content has been obtained by opposing counsel.

Dated: April 26, 2024

*/s/ Youssef Hammoud*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*